AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ CENTRAL _____ District of _____ CALIFORNIA _____

| | |
|---|---|
| Plaintiff TapouT, LLC, a Delaware limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> MARK KOZLOWSKI dba TAPOUTLA, and DOES 1-10, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:17-cv-06595 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARK KOZLOWSKI dba TAPOUTLA, and DOES 1-10

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO-440