**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAPOUT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARK KOZLOWSKI dba TAPOUTLA, and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-06595-PA(JCx)<br><br>**ORDER RE STIPULATED PERMANENT INJUNCTION AND ORDER OF DISMISSAL**<br><br>Complaint Filed: September 7, 2017<br>Trial Date: None Set |

**IT IS HEREBY ORDERED** that:

1. Plaintiff Tapout, LLC has exclusive rights to trademarks in its "TapouT" logos and designs, as set forth in the Complaint, paragraph 20, Exhibit A, which is expressly incorporated by reference herein.

2. **Permanent Injunction**. Defendant and all his representatives, servants and agents, employees, officers, directors, partners, attorneys, subsidiaries, and all persons under their control, or acting in active concert or participation with them, are hereby permanently enjoined from:

   (a) Advertising, selling, offering for sale, marketing, distributing, selling, exposing, shipping, mailing, listing, taking orders for, promoting, buying, ordering, exhibiting, destroying, or in any manner disposing of products or aiding in any way the advertising, selling, offering for sale, marketing, distributing, selling, exposing, shipping, mailing, listing, taking orders for, promoting, buying, ordering, exhibiting, destroying, or in any manner disposing of products that bear marks that are confusingly similar to trademarks belonging to Plaintiff, including, specifically, the "TapouT" logos and designs, as set forth in the Complaint, paragraph 20, Exhibit A (the "Tapout Marks");

   (b) Producing, manufacturing, assembling, reproducing or assembling or aiding in any way the producing, manufacturing, assembling, reproducing or assembling of any goods which bear the Tapout Marks any confusingly similar variations of the Tapout marks;

   (c) Buying, selling or in any way dealing with or using goods which bear a copy of the Tapout Marks, as described above, or any confusingly similar or colorable variations, copies, or versions thereof;

   (d) Defendant shall take down the www.tapoutla.com website and cease using it in any way. Defendant shall allow the domain registration for www.tapoutla.com to lapse and/or be transferred to Plaintiff.

3. **Future Claims Unaffected**. Nothing in this Order precludes Plaintiff or Defendant from asserting any claims or rights that arise solely after entry of this Stipulated Permanent Injunction and Order of Dismissal or that are based upon any breach of, or the inaccuracy of, any representation or warranty made by Plaintiff or Defendant in their Stipulated Permanent Injunction and Order of Dismissal or the settlement agreement reached by the Parties. Should either Party breach the Stipulated Permanent Injunction, the breaching Party shall be liable for all costs, including but not limited to reasonable attorneys' fees and recoverable costs incurred as a result of the breach.

4. **Survival**. This Stipulated Permanent Injunction and Order of Dismissal shall bind the Parties and their corporate affiliates, successors, assignees, officers, directors, employees, agents, servants, representatives, and shareholders.

5. **Dismissal**. Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs to either Party.

Dated: April 16, 2018

_____
Honorable Percy Anderson
United States District Judge